IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
___Civil___ DIVISION

__John Klosterman__
(Enter Above the Name of the Plaintiff in this Action)

vs.

__City of Cincinnati__
(Enter above the name of the Defendant in this Action)

1:20 CV 119

J. COLE

M.J. BOWMAN

If there are additional Defendants, please list them:
__See Appendix A__

## COMPLAINT

I.  Parties to the action:

   Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

   __John Klosterman__
   Name - Full Name Please - PRINT

   __639 Steiner Ave__
   Street Address

   __Cincinnati OH 45204__
   City, State and Zip Code

   __513 250 2610__
   Telephone Number

   If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. City of Cincinnati
   Name - Full Name Please
   801 plum ST # 150
   Address: Street, City, State and Zip Code

2. See Appendix A

3. ___

4. ___

5. ___

6. ___

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☑ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

① The named defendants have Conspired to use there official positions and under Color of law to deny Plaintiff of Rights to his property

② Defendants have used tools of their office liens, Judgement, violations, denial of approvals, massive fines, which are Ridiculous in the least not applied to other in the neighborhood whos properties are in actual disrepair These Actions were taken against plaintiff in a Capricious maliscious And Retalitory manner.

③ the laws fines and administrative actions were not taken in a manner consistuit with equal application of law

④ the admisistrative process within the City/state makes any meaniful Chance of Resolution impossible and it is designed to force certain land owers to divest of properties, pay extortionate fines, or Risk incarceration

See Appendix b

-3-

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption |
|---|---|
| 1:18CV194 | US of America vs. John + Susan Klosterman |
| | vs. |
| | vs. |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

Plaintif Sue each named defendant $500k in their person and professional Capacit compesatory damage and $500k punitive from each named defendent. Further, going foward the court Restrain defendants from additional arbitrary administrative action

I state under penalty of perjury that the foregoing is true and correct. Executed on this 13 day of February, 2020.

_____
Signature of Plaintiff

-4-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

5 Supervisory personel named as defendants should be aware of the actions of Subordonates and it is their failure to look into previous complaints of which they have been made aware that strip them of deniability of Responsibity

# APPENDIX A

## Defendant(s)

**Sedamsville Community Development Corp.**
758 Steiner Ave
Cincinnati, Ohio 45204

**Dale Kreis**
Current address unknown

**Sedamsville Civic Association**
617 Steiner Ave
Cincinnati, OH 45204

Patricia A. Burke - President - Sued in her professional & personal capacity
20772 Georgetown Rd
Lawrenceburg, IN 47025

Cindy Bastin - Sued in her professional & personal capacity
758 Steiner Ave
Cincinnati, OH 45204

**City of Cincinnati Building Department**
805 Central Avenue
Cincinnati, OH 45202

Art Dahlberg, Director - Sued in his professional & personal capacity
Ed Cunningham - Sued in his professional & personal capacity
Lonnie Wise - Sued in his professional & personal capacity
Terry James - Sued in his professional & personal capacity
Jerry Meyer - Sued in his professional & personal capacity
Shawn Manahan - Sued in his professional & personal capacity
Dave Hardinger - Sued in his professional & personal capacity

Will Cohen - Sued in his professional & personal capacity

**Housing Court Prosecutor**
Tim Horsley, Chief Prosecutor
1000 Main St # 149
Cincinnati, OH 45202

**City Solicitor's Department**
801 Plum St # 214
Cincinnati, OH 45202

Paula Boggs Muething - Sued in her professional & personal capacity
Jacklyn Martin - Sued in her professional & personal capacity

**Honorable Bernie Bouchard** - Sued in his professional & personal capacity
1000 Main Street, Room 160
Cincinnati, OH 45202

**Cincinnati Health Department - Lead Department**
3301 Beekman Street
Cincinnati, OH 45225

Rashmi Aparajit, Director - Sued in her professional & personal capacity
Joe Wolfe - Sued in his professional & personal capacity

**Cincinnati Litter Patrol for Sedamsville**
Two currently unknown employees of litter patrol

**Mayor John Cranley** - Sued in his professional & personal capacity

801 Plum St # 150

Cincinnati, OH  45202

**Chris Cain** - Sued in his professional & personal capacity
647 Sedam Street
Cincinnati, OH  45204

**Hamilton County Landbank**
3 E 4th St #300
Cincinnati, OH  45202

Jessica Powell - Sued in her professional & personal capacity
Kelley Allesee - Sued in her professional & personal capacity

**Office of Administrative Hearings**
Chris Liu  - Sued in his professional & personal capacity
805 Central Avenue
Cincinnati, OH  45202