UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN KLOSTERMAN,

    Plaintiff,

v.

SEDAMSVILLE COMMUNITY
DEVELOPMENT GROUP, *et al.*,

    Defendants.

Case No. 1:20-cv-119
JUDGE DOUGLAS R. COLE
Magistrate Judge Bowman

## ORDER

This cause comes before the Court on the Magistrate Judge's July 16, 2020, Report and Recommendation ("R. & R.") (Doc. 63). The Magistrate Judge recommends that the Court **DENY** the Plaintiff's motion for a preliminary injunction in this matter. (Doc. 5). The R. & R. advised both parties that a failure to object within the 14 days specified by the R. & R. may result in forfeiture of rights on appeal, which includes the right to District Court review. (*See* Doc. 14, #101). *See also Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting § 636(b)(1)(C), intended to require a district judge to review a magistrate's report to which no objections are filed."); *Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019) (noting "*fail[ure] to file* an objection to the magistrate judge's R & R … is forfeiture, not waiver") (emphasis in original); 28 U.S.C. § 636(b)(1)(C). The time for filing objections has passed and none have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation and **DENIES** the Plaintiff's motion for a preliminary injunction (Doc. 5).

**SO ORDERED.**

<u>August 14, 2020</u>  
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**